**GERTRUDE DUKES et vir, et al., v. FINN BONDHOLDERS, INC.**

26 So. (2nd) 805

June 25, 1946

Rehearing denied July 22, 1946

June Term, 1946

Division B

*Erle B. Askew, W. K. Zewadski* and *J. Lewis Hall* for petitioners.

*Carey & Harrison,* for respondents.

PER CURIAM:

Petition certiorari denied. (See opinion in Finn Bondholders, Inc., et al., Appellants, v. Gertrude Dukes, et vir et al., Appellees, filed this day.)

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.